IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE B. GREEN,

      Appellant,

 v.                                 Case No.  5D18-1611

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 24, 2018

3.850 Appeal from the Circuit
Court for Putnam County,
Patti A. Christensen, Judge.

Dale B. Green, Daytona Beach, pro se.

No Appearance for Appellee.


PER CURIAM.

      We affirm the postconviction court's denial of Appellant's rule 3.850 motion as it was both untimely and improperly successive.  We dismiss Appellant's untimely effort to seek review of the denial of his rule 3.800(c) motion, as no appeal is available from an order denying that motion which sought purely discretionary relief from the court below.

      AFFIRMED.

COHEN, C.J., LAMBERT and EDWARDS, JJ., concur.